# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TACUMA AKILI WALLACE,<br><br>Defendant. | Case No. CR 17-27-GF-BMM<br><br>**ORDER:**<br>**POTENTIAL WITNESS TO**<br>**APPEAR VIA TELEPHONE** |

Tacuma Akili Wallace (Mr. Wallace), the Defendant, having filed a Motion for a Potential Witness to Appear via Telephone, the Government having no objections, and good cause appearing therefor; **IT IS HEREBY ORDERED** that witness, Betty Sawyer, will be allowed to appear via telephone to participate in the Initial Appearance in the above-captioned matter set for Thursday, September 14, 2017, at 10:00 a.m. Defense counsel will contact the Court's IT department to arrange for the telephone conference.

DATED this 13th day of September, 2017.

/s/ John Johnston
John Johnston
United States Magistrate Judge